IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH JUDICIAL CIRCUIT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
|     Appellee | ) | |
| | ) | |
|     v. | ) | Case No. 23-4360 |
| | ) | |
| Kevin Perez Sandoval | ) | |
| Roberto Carlos Cruz Moreno | ) | |
| Marvin Torres | ) | |
| Jose Rosales Juarez | ) | |
|     Defendants/Appellants | ) | |
| _____ | ) | |

## MOTION TO EXTEND BRIEFING SCHEDULE

In accordance with the Court's policy, Counsel for Defendant / Appellant Kevin Perez Sandoval respectfully asks the Court for a short delay to the briefing schedule.

Though the transcripts have all been produced and filed, two of the Appellants' counsel are new to the case and have required significant time to review weeks' worth of trial testimony and other documents in order to spot issues for appeal and develop arguments. In addition, since the Briefing Order was issued three of us have spent significant time working as defense counsel in other unrelated trials. And given the long written record of a multi-week, multi-defendant murder trial we are all trying to edit the Joint Appendix down to a manageable size. Following a discussion amongst all Counsel, we are jointly asking the Court for more time to complete our work.

On behalf of all four Appellants, Counsel requests that the Court grant an extension of at least 30 days so that the parties can properly finish our work. We anticipate that the work may be completed sooner, and will endeavor to file as soon as we can.

Counsel has discussed this Motion with Amanda St. Cyr, the Assistant United States Attorney assigned to the case, and she has no objection to our request.

The briefing schedule in this case has not been previously extended.

                      Respectfully Submitted,

                      _____/S/_____
                      Gregory T. Hunter, Esquire
                      Virginia State Bar No. 45489
                      Attorney for the Defendant/Appellant
                      2111 Wilson Boulevard
                      8th Floor
                      Arlington, Virginia 22201
                      (703) 966-7226 telephone
                      (703) 527-0810-8971 fax
                      GregHunter@mail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of February, 2024, an exact copy of the foregoing Motion to Extend Briefing Schedule was filed with the Clerk of the Court using the CM/ECF system, causing a Notice of Electronic Filing to be served upon all counsel of record:

Amanda St. Cyr, Esquire
Amanda.Lowe@usdoj.gov

Jacqueline R. Bechara, Esquire
Jacqueline.Bechara@usdoj.gov

Daniel Hutcheson Goldman
Dan@DanGoldmanLaw.com

Adam Michael Krischer
AKrischer@dsklaw.com

Thomas Brian Walsh
TW@pw-lawfirm.com

_____/S/_____
Gregory T. Hunter, Esquire
Virginia State Bar No. 45489
Attorney for the Defendant/Appellant
2111 Wilson Boulevard
8th Floor
Arlington, Virginia 22201
(703) 966-7226 telephone
(703) 527-0810 fax
GregHunter@mail.com